# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Jennifer Kellie Richardson, Debtor           Case No. 24-51349-KMS
                                                        **CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to suspend their bankruptcy payments. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: October 8, 2025           Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer A Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O. Box 13767
                                             Jackson, MS 39236
                                             trollins@therollinsfirm.com
                                             601-500-5533

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jennifer Kellie Richardson, Debtor                    Case No. 24-51349-KMS
                                                                CHAPTER 13

## MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtor is having surgery and will be unable to work for six weeks. Debtor is expecting to return to work sometime in November 2025.
3. Debtor is requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of October and November 2025.
4. Debtor wishes to resume making payments beginning in December 2025.
5. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                                      /s/ Thomas C. Rollins, Jr.
                                      Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>JENNIFER KELLIE RICHARDSON | CASE NO: 24-51349-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 10/8/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/8/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>JENNIFER KELLIE RICHARDSON | CASE NO: 24-51349-KMS<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 10/8/2025, a copy of the following documents, described below,

Notice and Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/8/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-51349-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED OCT 8 7-51-29 PST 2025 | KEESLER FEDERAL CREDIT UNION<br>CO ROBERT ALAN BYRD<br>PO BOX 1939<br>BILOXI MS 39533-1939 | ~~(U)PINGORA LOAN SERVICING LLC~~ |

| | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| (P)MCCALLA RAYMER LEIBERT PIERCE LLC<br>ATTN ATTN WENDY REISS<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA 30076-2102 | ~~(U)PINGORA LOAN SERVICING LLC ENOTE VESTING~~ | ~~US BANKRUPTCY COURT<br>DAN M RUSSELL JR US COURTHOUSE<br>2012 15TH STREET SUITE 244<br>GULFPORT MS 39501-2036~~ |

| | | |
|---|---|---|
| BANK OF AMERICA<br>ATTN BANKRUPTCY<br>4909 SAVARESE CIRCLE<br>TAMPA FL 33634-2413 | BANK OF AMERICA<br>ATTN BANKRUPTCY<br>NC4-105-03-14<br>POB 26012<br>GREENSBORO NC 27420-6012 | BANK OF AMERICA NA<br>PO BOX 31785<br>TAMPA FL 33631-3785 |

| | | |
|---|---|---|
| BARCLAYS BANK DELAWARE<br>PO BOX 8803<br>WILMINGTON DE 19899-8803 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | COLLECTIONS INC<br>PO BOX 6065<br>GULFPORT MS 39506-6065 |

| | | |
|---|---|---|
| CREDIT ONE BANK<br>ATTN BANKRUPTCY<br>6801 CIMARRON RD<br>LAS VEGAS NV 89113-2273 | DISCOVER BANK<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |

| | | |
|---|---|---|
| GOLDMAN SACHS BANK USA<br>LOCKBOX 6112<br>PHILADELPHIA PA 19170-0001 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>ROBERTSON ANSCHUTZ SCHNEID CRANE PARTN<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 | JPMCB<br>MAILCODE LA47100<br>700 KANSAS LANE<br>MONROE LA 71203-4774 |

| | | |
|---|---|---|
| KAREN A MAXCY ESQ<br>MCCALLA RAYMER LEIBERT PIERCE LLC<br>COUNSEL FOR PINGORA LOAN SERVICING LLC<br>1544 OLD ALABAMA RD<br>ROSWELL GA 30076-2102 | KEESLER FCU<br>ATTN BANKRUPTCY<br>PO BOX 7001<br>BILOXI MS 39534-7001 | KEESLER FEDERAL CREDIT UNION<br>PO BOX 7001<br>BILOXI MS 39534-7001 |

| | | |
|---|---|---|
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LVNV FUNDING<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE SC 29603-0497 | MRS BPO<br>1930 OLNEY AVE<br>CHERRY HILL NJ 08003-2016 |

| | | |
|---|---|---|
| MEMORIAL HOSPITAL<br>PO BOX 1810<br>GULFPORT MS 39502-1810 | MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | MIDLAND CREDIT MGMT<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO CA 92193-9069 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MRCUNITED WHOLESALE M<br>ATTN BANKRUPTCY<br>P O BOX 619098<br>DALLAS  TX 75261-9098 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PINGORA LOAN SERVICING  LLC<br>NATIONSTAR MORTGAGE LLC<br>BANKRUPTCY DEPARTMENT<br>PO BOX 619096<br>DALLAS  TX 75261-9096 |
| EXCLUDE<br>~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ | PROSPER<br>PO BOX 396081<br>SAN FRANCISCO  CA 94139-6081 | PURE SMILES DENTAL<br>15382 ST CHARLES ST<br>GULFPORT  MS 39503-3122 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CREDIT CORP SOLUTIONS INC<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CROWN ASSET MANAGEMENT LLC<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 | ROBERT ALAN BYRD  ESQ<br>BYRD  WISER<br>COUNSEL FOR KEESLER FEDERAL CREDIT UNION<br>PO BOX 1939<br>BILOXI  MS 39533-1939 |
| (P)SPRING OAKS CAPITAL  LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 | EXCLUDE<br>~~(D)(P)SPRING OAKS CAPITAL  LLC~~<br>~~1400 CROSSWAYS BLVD STE 100B~~<br>~~CHESAPEAKE VA 23320-0207~~ | SYNCBBELK DUAL CARD<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 |
| SYNCHRONY BANK<br>BY AIS INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | SYNCHRONY BANKCARE<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 | TRI COUNTY EYE CLINIC<br>15122 DEDEAUX RD<br>GULFPORT  MS 39503-3120 |
| EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ | (P)UPLIFT  INC<br>2 N CENTRAL AVE FL 10<br>PHOENIX AZ 85004-4422 | DEBTOR<br>JENNIFER KELLIE RICHARDSON<br>10567 CHAPELWOOD DR<br>GULFPORT  MS 39503-8282 |
| EXCLUDE<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ | EXCLUDE<br>~~(P)WARREN A  CUNTZ  T1 JR~~<br>~~PO BOX 3749~~<br>~~GULFPORT MS 39505-3749~~ | |